IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN DELACRUZ,

                Plaintiff,

v.

QUALA CHAMPAGNE, CHAD ENGEBREGTSEN,
ANDREW KOHLHOFF, TOM POLLARD
and COREY SABISH,

                Defendants.

ORDER

17-cv-59-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On January 8, 2018, defendants Quala Champagne, Chad Engebregsten, Andrew Kohlhoff, Tom Pollard and Corey Sabish moved for summary judgment on pro se plaintiff John Delacruz's claims against them in this case. Plaintiff's opposition materials were due on February 7, 2018, but he has not responded to defendants' motion or communicated with the court in any way. Plaintiff's failure to respond to defendants' motion suggests that plaintiff may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give plaintiff one more opportunity to submit a substantive response to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

1

ORDER

IT IS ORDERED that plaintiff John Delacruz may have until March 8, 2018 to file a response to defendants' motion for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 22d day of February, 2018.

BY THE COURT:
/s/

BARBARA B. CRABB
District Judge