IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN DELACRUZ,

                  Plaintiff,

v.

QUALA CHAMPAGNE, CHAD ENGEBREGTSEN,
ANDREW KOHLHOFF, TOM POLLARD
and COREY SABISH,

                  Defendants.

ORDER

17-cv-59-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On January 8, 2018, defendants Quala Champagne, Chad Engebregsten, Andrew Kohlhoff, Tom Pollard and Corey Sabish moved for summary judgment on pro se plaintiff John Delacruz's claims against them in this case. Plaintiff's opposition materials were due on February 7, 2018, but he failed to respond to defendants' motion or communicate with the court in any way. On February 22, 2018, I gave plaintiff until March 8, 2018 to file a response to defendants' motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. Dkt. #30. Plaintiff's new deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.")

1

ORDER

IT IS ORDERED that plaintiff John Delacruz's claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 21st day of March, 2018.

BY THE COURT:
/s/

BARBARA B. CRABB
District Judge