IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DELACRUZ,

    Plaintiff,

v.

QUALA CHAMPAGNE,
CHAD ENGEBREGTSEN,
ANDREW KOHLHOFF,
RICHARD SCHNEITER, JON E. LITSCHER,
TIM MALCHOW, SGT. B. SCHMIDT,
CO II ARNDT, TOM POLLARD,
KELLY SALINAS, COREY SABISH,
PETER JAEGER, CAPT. REDEKER,
CAPT. R. TRINRUD, STEPHANIE HENNING,
MIKE GREEN and J. PERTTU,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-59-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 3/21/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |